IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00752-PSF-MJW

MERRICK & COMPANY,

Plaintiff(s),

v.

NORTH WEST GEOMATICS, LTD.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Extension of Time to Amend Pleadings and Join Parties, filed with the Court on September 14, 2005, (DN 17), is GRANTED and the parties shall have up to and including October 17, 2005, in which to file motions to amend pleadings and add any additional parties.

Date:   September 15, 2005