IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00752-PSF-MJW

MERRICK & COMPANY, a Colorado corporation

Plaintiff,                                                  )
                                                            )
          v.                                                )
                                                            )
NORTH WEST GEOMATICS LTD., a Canadian  )
Corporation,                                                )
                                                            )
Defendant.                                                  )

---

## MINUTE ORDER STAYING CASE DEADLINES
*(Docket No. 22)*

---

THIS MATTER, having come before the Court upon the Parties' **JOINT MOTION TO STAY CASE DEADLINES**, and the Court, having reviewed the motion and being fully advised of the premises therein,

**ORDERS** the Motion is **GRANTED**. All pending case deadlines are stayed for 30 days. The Settlement Conference set for November 15, 2005 is vacated and reset to Dec. 16, 2005 @ 10:30 a.m. The deadline for filing confidential settlement statements will be Dec. 9, 2005.

Dated this 7th day of October, 2005

BY THE COURT

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

669903.