Document Scanned to the K:/ Drive in PDF format on 12/6 by

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00752-PSF-MJW

MERRICK & COMPANY, a Colorado corporation )
)
Plaintiff, )
)
v. )
)
NORTH WEST GEOMATICS LTD., a Canadian )
Corporation, )
)
Defendant. )

---

## MINUTE ORDER STAYING CASE DEADLINES

( Docket no. 29 )

THIS MATTER, having come before the Court upon the Parties' **THIRD JOINT MOTION TO STAY CASE DEADLINES PENDING FINAL SETTLEMENT**, and the Court, having reviewed the motion and being fully advised of the premises therein,

**ORDERS** the Motion is **GRANTED**. All pending case deadlines are stayed for 30 days.

Dated this 6TH day of December, 2005.

BY THE COURT

_____