IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Case No. 05-cv-00752-PSF-MJW

MERRICK & COMPANY, a Colorado corporation

Plaintiff,

v.

NORTH WEST GEOMATICS LTD., a Canadian Corporation,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Pretrial Conference (docket no. 33) is GRANTED. The Pretrial Conference set before Magistrate Judge Watanabe on February 15, 2006, at 8:30 a.m. is VACATED since the parties have reached a settlement in this case.

It is FURTHER ORDERED that the parties shall submit to Judge Figa their stipulation for dismissal on or before February 22, 2006, or show cause why this case should not be dismissed.

Date: February 14, 2006