IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00752-PSF-MJW

MERRICK & COMPANY, a Colorado corporation,

     Plaintiff,

v.

NORTH WEST GEOMATICS, LTD., a Canadian corporation,

     Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

This matter having come before the Court upon the Stipulation of Plaintiff Merrick & Company and Defendant North West Geomatics, Ltd. for an order dismissing this action, including all claims and counterclaims, with prejudice, and the Court being fully advised in the premises and finding that good cause for the relief sought having been shown, it is hereby

ORDERED that the above-captioned action, including all claims and counter-claims, be, and it is hereby, DISMISSED with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DATED: February 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

The foregoing Order for Dismissal with Prejudice is hereby approved by the parties, through their respective counsel of record, as follows:

DAVIS GRAHAM & STUBBS, LLP

By:   /s/ Nathalie A. Bleuzé
Tom McNamara, Esq.
1550 17th Street, Suite 500
Denver, Colorado 80202
(303) 892-9400
Counsel for Defendant,
North West Geomatics Ltd.

THOMAS F. QUINN, P.C.

By:   /s/ Thomas F. Quinn
Thomas F. Quinn, Esq.
1600 Broadway, Suite 1675
Denver, Colorado 80202
(303) 832-4355
Counsel for Plaintiff,
Merrick & Company